# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Mitchell A. Karlan
Direct: 212.351.3827
Fax: 212.351.5254
MKarlan@gibsondunn.com

Client: L 36380-00001

July 9, 2010

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-12-10

BY FACSIMILE (212-805-6382)

Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Suite 660
New York, New York 10007-1312

Re: Request for expedited discovery in *Gurung v. Malhotra*, 10-CIV-5086

Dear Judge Marrero:

I am counsel for the plaintiff in the action referred to above, which was filed on July 1, 2010. A copy of the complaint is enclosed for Your Honor's reference.

I write to request a pre-motion conference. The plaintiff wishes leave to immediately serve third-party subpoenas for documents only. The basis for the motion is briefly set forth below.

The defendants reside in India. We know that they have actual knowledge of the action and allegations, for reasons we can explain in detail at the conference. But efforts to either communicate with them directly or have them appear voluntarily have been unsuccessful. We are beginning the process of serving them in accordance with the Hague Convention, but we are advised that, because of delays in India, that process will not be complete for some weeks.

In the meantime, we wish to begin to gather relevant documents from non-party witnesses in the United States. These witnesses include the representatives of India to the United States and the United Nations, and the United States Department of State and Immigration and Naturalization Service. Service of these subpoenas would not prejudice the defendants and we would of course provide copies of both the subpoenas and any documents produced in response to the subpoenas to the defendants promptly, whether or not they appear.

# GIBSON DUNN

Honorable Victor Marrero
United States District Judge
July 9, 2010
Page 2

It may be many weeks before this Court is in a position to sign an order setting forth a full discovery plan, but it is in all parties' interest that the case move forward expeditiously. *See Stern v. Cosby*, 246 F.R.D. 453, 457 (S.D.N.Y. 2007) (Court uses "good cause" or "reasonableness" standard to allow for expedited discovery prior to a Rule 26(f) conference).

Respectfully,

/s/

Mitchell A. Karlan

MAK/sct
Encls.

cc: Neena Malhotra
    Jogesh Malhotra

> Request GRANTED. Plaintiff is authorized to serve third-party subpoenas in this action on the persons on for the reasons set forth above. No pre-motion conference shall be necessary. Plaintiff shall provide notice of such subpoenas
> SO ORDERED: to defendants as stated.
> 7-9-10
> DATE      VICTOR MARRERO, U.S.D.J.

100899971_3.doc