MARRERO

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
SHANTI GURUNG,                                  :
:
Plaintiff,                       :        Case No. 10-CIV-5086 $(\nu m)$
:
v.                                              :
:        **ORDER**
JOGESH MALHOTRA and NEENA MALHOTRA    :
:
Defendants.                      :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER APPOINTING INTERNATIONAL PROCESS SERVER

Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and

Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the

Hague Conference on Private International Law on November 15, 1965 (the "Hague

Convention"), and for good cause shown, the Court hereby appoints Celeste Ingalls, 1020 SW

Taylor Street, Suite 240, Portland, Oregon 97205, as the authority and judicial officer competent

under the Jurisdiction of this Court to forward to the Central Authority in the appropriate

country, any and all documents to be served in this case.

IT IS SO ORDERED this _10 th_ day of _August_ , 2010.

BY THE COURT:

Victor Marrero
U.S.D.J.