UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

SHANTI GURUNG,                                            :

                              Plaintiff,                 :

              v.                                         :                    10 Civ. 5086 (VM)

                                                         :

JOGESH MALHOTRA and NEENA MALHOTRA,   :                    **MOTION TO WITHDRAW AS**
                                                         :                    **COUNSEL**
                              Defendants.                :

                                                         :

                                                         :

                                                         :

------------------------------------------------------------- X

<u>MOTION TO WITHDRAW AS COUNSEL</u>

PLEASE TAKE NOTICE THAT pursuant to Local Civil Rule 1.4 of the Local Rules of

the United States District Courts for the Southern and Eastern District Courts of New York, and

upon the annexed declaration, Carmela Huang, one of Plaintiff's counsel in the above-captioned

case, moves for leave to withdraw as counsel for Plaintiff Shanti Gurung because I will no longer

be employed at the Urban Justice Center as of December 10, 2010. Plaintiff continues to be

represented by counsel Amy Tai of the Urban Justice Center and Mitchell A. Karlan of Gibson,

Dunn & Crutcher, LLP.

Dated: New York, New York
       November 16, 2010

                                                    Respectfully Submitted,

                                                     /s Carmela Huang
                                                    Carmela Huang
                                                    Urban Justice Center
                                                    123 William Street, 16th Floor
                                                    New York, NY 10038
                                                    Tel: (646) 602-5600
                                                    Fax: (212) 533-4598
                                                    E-mail: chuang@urbanjustice.org