UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
SHANTI GURUNG,                                                :
                                                              :
                          Plaintiff,                          :
                                                              :
            v.                                                :     10 Civ. 5086 (VM)
                                                              :
JOGESH MALHOTRA and NEENA MALHOTRA,                           :     **DECLARATION OF CARMELA HUANG**
                                                              :
                          Defendants.                         :
                                                              :
                                                              :
                                                              :
------------------------------------------------------------- x

<u>DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL</u>

Pursuant to 28 U.S.C. §1746, I, Carmela Huang, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1.     I am one of the attorneys representing the Plaintiff in the above-captioned matter. I submit this Declaration in support of my motion to withdraw as counsel for Plaintiff.

2.     Plaintiff will continue to be represented by able counsel after my withdrawal.

3.     My withdrawal will not interfere with or require the extension of any deadlines set by the Court.

4.     I submit a proposed order granting leave to withdraw, attached as Exhibit A.

Dated:  New York, New York
        November 16, 2010

                                             /s Carmela Huang
                                             Carmela Huang

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
SHANTI GURUNG,　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Plaintiff,　　　　　　　　:
　　　　　　v.　　　　　　　　　　　　　　:　　　10 Civ. 5086 (VM)
　　　　　　　　　　　　　　　　　　　　　:
JOGESH MALHOTRA and NEENA MALHOTRA, :　　　**ORDER**
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Defendants.　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
------------------------------------------------------------- x

## ORDER GRANTING MOTION TO WITHDRAW

Upon the motion by Plaintiff's counsel Carmela Huang and the annexed declaration, **IT IS HEREBY ORDERED** that the motion of Carmela Huang to withdraw as counsel for Plaintiff is granted.

Dated: _____
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Victor Marrero
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge