UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
SHANTI GURUNG,

                Plaintiff,

    v.

JOGESH MALHOTRA and NEENA MALHOTRA,

                Defendants.

------------------------------------------------------------- X

10 Civ. 5086 (VM)

**ORDER**

SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 11-19-10

### ORDER GRANTING MOTION TO WITHDRAW

Upon the motion by Plaintiff's counsel Carmela Huang and the annexed declaration, **IT IS HEREBY ORDERED** that the motion of Carmela Huang to withdraw as counsel for Plaintiff is granted.

Dated: 18 November 2010
New York, New York

Victor Marrero
United States District Judge

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**COURTESY COPY**
Original Filed by ECF
Docket # 10 CV 5086
ECF Document # 4

------------------------------------------------------------ x
SHANTI GURUNG,

                    Plaintiff,

        v.

JOGESH MALHOTRA and NEENA MALHOTRA,

                    Defendants.

------------------------------------------------------------ x

10 Civ. 5086 (VM)

**MOTION TO WITHDRAW AS COUNSEL**

RECEIVED
NOV 18 2010
CHAMBERS OF
JUDGE MARRERO

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE THAT pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern District Courts of New York, and upon the annexed declaration, Carmela Huang, one of Plaintiff's counsel in the above-captioned case, moves for leave to withdraw as counsel for Plaintiff Shanti Gurung because I will no longer be employed at the Urban Justice Center as of December 10, 2010. Plaintiff continues to be represented by counsel Amy Tai of the Urban Justice Center and Mitchell A. Karlan of Gibson, Dunn & Crutcher, LLP.

Dated: New York, New York
       November 16, 2010

Respectfully Submitted,

/s Carmela Huang
Carmela Huang
Urban Justice Center
123 William Street, 16th Floor
New York, NY 10038
Tel: (646) 602-5600
Fax: (212) 533-4598
E-mail: chuang@urbanjustice.org

COURTESY COPY
Original Filed by ECF
Docket # 10 cv 5086
ECF Document # 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
SHANTI GURUNG,

                            Plaintiff,

        v.

JOGESH MALHOTRA and NEENA MALHOTRA,

                        Defendants.
------------------------------------------------------------- x

10 Civ. 5086 (VM)

**DECLARATION OF CARMELA HUANG**

## DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

Pursuant to 28 U.S.C. §1746, I, Carmela Huang, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am one of the attorneys representing the Plaintiff in the above-captioned matter. I submit this Declaration in support of my motion to withdraw as counsel for Plaintiff.

2. Plaintiff will continue to be represented by able counsel after my withdrawal.

3. My withdrawal will not interfere with or require the extension of any deadlines set by the Court.

4. I submit a proposed order granting leave to withdraw, attached as Exhibit A.

Dated: New York, New York
         November 16, 2010

                                                     /s Carmela Huang
                                                     Carmela Huang

# Exhibit A