# GIBSON DUNN

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/11
```

February 15, 2011

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Mitchell A. Karlan
Direct: 212.351.3827
Fax: 212.351.5254
MKarlan@gibsondunn.com

Client: L 36380-00001

BY FACSIMILE (212-805-6382)

Hon. Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Suite 660
New York, New York 10007-1312

RECEIVED
FEB 15 2011
CHAMBERS OF
JUDGE MARRERO

Re: *Gurung v. Malhotra*, 10-CIV-5086

Dear Judge Marrero:

We are counsel for the Plaintiff in this action. I write in response to your Order issued on February 10, 2011 regarding service of process on the Defendants.

On December 10, 2010 the Court entered an Order granting Plaintiff leave to effect service by means other than through the Hague Service Convention because, as the Court found "[t]he Defendants are aware of the lawsuit, have a copy of the Complaint, and are evading service."[1] Pursuant to this Order, Plaintiff is in the process of completing the steps enumerated therein and has already delivered PDF copies of the Summonses and Complaint to the work e-mail address of Neena Malhotra and hard copies by certified mail, return receipt requested, to the Defendants care of the Embassy of India in the United States and the Indian Permanent Mission to the United Nations.[2] Plaintiff has also completed the four weeks of publication of the Summonses and a notice in the *Business Standard* in India and is imminently beginning publication of the same in the *Hindustan Times*. All components of service listed in the Order will likely be completed within the next six weeks.

We understand you received a letter, dated February 10, 2011, from Ashok Kumar of the Ministry of Law & Justice in India. Plaintiff never received a courtesy copy of this letter. In fact, Plaintiff only learned of such correspondence through the Court's Order that same day.

---

[1] A copy of the December 10, 2011 Order is appended to this letter.

[2] On December 10, 2010 hard copies were sent to the Defendants care of the Embassy of India and the Indian Permanent Mission to the United Nations. Return receipts for both mailings have been received. On December 14, 2010 PDF copies of all relevant documents were sent to Ms. Malhotra's work email address, dirsouth@mea.gov.in.

Brussels · Century City · Dallas · Denver · Dubai · Hong Kong · London · Los Angeles · Munich · New York
Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.

# GIBSON DUNN

Judge Victor Marrero
February 15, 2011
Page 2

The Defendants have yet to date to enter an official appearance or answer the Complaint in this matter. This letter from the Indian Government is not a responsive pleading, an appearance by either defendant, a motion to intervene, or a motion for leave to appear as amicus. Thus, Plaintiff submits that no response on the substance of the letter should be required at this time. If and when the Defendants appear and present legal arguments on any of these points raised in their letter, we will respond. However, this is not the proper way for the Defendants to state their position. Additionally, the Ministry of Law & Justice is not a named Defendant in this action. If they would like to intervene on behalf of the Defendants, they should make the appropriate motion to do so.

We respectfully request the Court to disregard the letter dated February 10, 2011 by Mr. Kumar and permit the Plaintiff to continue satisfying the service requirements authorized by this Court in December.

Respectfully,

Mitchell A. Karlan

MAK/sig

cc: Neena Malhotra
    Jogesh Malhotra

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by *plaintiff*.

**SO ORDERED.**

2-15-11
DATE          VICTOR MARRERO, U.S.D.J.