UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
SHANTI GURUNG,                                              :   Case No. 10-CIV 5086
                                                            :
        Plaintiff,                                         :   NOTICE OF COMPLIANCE WITH
                                                            :   SERVICE PROVISIONS OF
-against-                                                   :   DECEMBER 10, 2010
                                                            :   ORDER GRANTING PLAINTIFF'S
JOGESH MALHOTRA and NEEENA MALHOTRA,:   MOTION FOR USE OF ALTERNATIVE
                                                            :   MEANS OF SERVICE ON THE
        Defendants.                                        :   DEFENDANTS
                                                            :
                                                            :
------------------------------------------------------------x

TO: ALL PARTIES:

PLEASE TAKE NOTICE THAT, as demonstrated by the Certificate of Service of Jana Checa Chong and proof of publication in each of the *Hindustan Times* and *Business Standard*, appended hereto as Exhibits A-C, respectively, Plaintiff Shanti Gurung has completed service on Defendants Jogesh Malhotra and Neena Malhotra, as provided in this Court's Order Granting Plaintiff's Motion for Use of Alternative Means of Service on the Defendants, dated December 10, 2010, appended hereto as Exhibit D.

Dated:  New York, New York
       June 1, 2011

                                      GIBSON, DUNN & CRUTCHER LLP

                              By: _____
                                   Mitchell Karlan (MK-4413)

                              200 Park Avenue, 51st Floor
                              New York, New York 10166-0193
                              Phone: 212-351-4000
                              Fax: 212-351-4035

                              *and*

URBAN JUSTICE CENTER
Amy Tai (AT-0366)
123 William Street, 16th Floor
New York, New York 10038
Phone: 646-602-5600
Fax: 212-533-4598

*Attorneys for Plaintiff Shanti Gurung*