# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
                                                         :
SHANTI GURUNG  ,                                         :
                                                         :
                Plaintiff,                               :
                                                         :   Case No. 10-CIV 5086
         v.                                              :
                                                         :
JOGESH MALHOTRA and NEENA                                :
MALHORTA                                                 :
                                                         :
                Defendants.                              :
                                                         :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

I do hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on the 14th day of December 2010, I served a copy of the Filed Complaint and Summons, and the Order Granting Plaintiff's Motion for Use of Alternative Means of Service on the Defendants, dated December 10, 2010, by electronic mail to Defendants at the following email address: dirsouth@mea.gov.in.

I further certify that on the 10th day of December 2010, I served upon the Defendants, a copy of the Filed Complaint and Summons, and the Order Granting Plaintiff's Motion for Use of Alternative Means of Service on the Defendants, dated December 10, 2010, by certified first class mail, return receipt request, to the following mailing addresses:  Embassy of India, 2107 Massachusetts Ave NW, Washington D.C. 20008, and Permanent Mission of India to the United Nations, 235 East 43rd Street, New York, New York 10017.

Date: December 20, 2010

                                                        Jana Checa Chong

# Checa Chong, Jana

| | |
|---|---|
| **From:** | Checa Chong, Jana |
| **Sent:** | Tuesday, December 14, 2010 2:41 PM |
| **To:** | dirsouth@mea.gov.in |
| **Cc:** | Grysman, Sharon I. |
| **Subject:** | Gurung v. Malhotra, 10-CIV-05086-VM (SDNY) |
| **Importance:** | High |

Dear Ms. Malhotra:

Pursuant to the December 10, 2010 Order entered by Judge Marrero of the U.S. District Court for the Southern District of New York please find attached the Order and Adobe PDF copies of the Complaint and Summons in the above referenced matter. This constitutes satisfaction of one of the means of service enumerated in Judge Marrero's Order.

Respectfully,

Jana Checa Chong

**Jana N. Checa Chong**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2670 • Fax +1 212.351.6270
JChecachong@gibsondunn.com • www.gibsondunn.com

  

Filed Order December 10.pdf    Filed Stamped Complaint.pdf    Stamped Summonses.pdf

1

