USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHANTI GURUNG,

                Plaintiff,

-against-

JOGESH MALHOTRA, et al.,
                Defendants.
------------------------------------------------------------X

10 **CIVIL** 5086 (VM)

**JUDGMENT**

#12, 0433

      Whereas on February 21, 2012, the Honorable Frank Maas, United States Magistrate Judge, having issued a Report and Recommendation (the "report") recommending that Garung be awarded judgment in a total amount of $1,458,335, plus an additional sum to be determined for expenses of electronic legal research, and the matter having come before the Honorable Victor Marrero, United States District Judge, and the Court, on March 16, 2012, having rendered its Decision and Order adopting the Report in its entirety, granting the application of plaintiff Shanti Gurung ("Gurung") for an award of damages, and directing the Clerk of Court to enter judgment in favor of Gurung and against defendants Jogesh Malhotra and Neena Malhotra in an amount of $1,458,335 in accordance with the calculations and breakdown of that amount set forth in the Report, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated March 16, 2012, the Report is adopted in its entirety, and the application of plaintiff Shanti Gurung ("Gurung") for an award of damages is granted; accordingly, judgment is entered in favor of Gurung and against defendants Jogesh Malhotra and Neena Malhotra in an amount of $1,458,335 in accordance with the calculations and breakdown of that amount set forth in the Report, and the case is closed.

**Dated:** New York, New York
        March 20, 2012

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

BY:

**RUBY J. KRAJICK**

Clerk of Court

_____
**Deputy Clerk**