

No.WAS/Pol/103/25/2011
Dated: 7th September 2012

**EMBASSY OF INDIA**
(CHANCERY)
2107 Massachusetts Ave., N.W.
Washington, D.C. 20008
Tel: (202) 939-7000 • Fax: (202) 265-4351
(CONSULAR WING)
2536, Massachusetts Ave., N.W.
Washington, D.C. 20008
Tel: (202) 939-9806 • Fax: (202) 387-6946

To

1. Mr. Mitchell Karlan,
   Attorney,
   C/o M/s Gibson Dunn & Crutcher LLP
   200 Park Avenue, 46th Floor
   New York 10166-013

2. Urban Justice Centre
   123 William Street, 16th Floor
   New York 10038.

Sir/Madam,

    Please refer to my letter No.WAS/Pol/103/25/2011 dated 30th March 2012 forwarding a copy of Order dated March 14, 2012 passed by Honourable High Court of Delhi in Civil Suit No.610 of 2012.

    It was also informed that the Delhi High Court had directed the Embassy of India to establish personal contact with Ms. Shanti Gurung to ascertain the veracity of her allegations. To do so, we had requested that a personal meeting with Ms. Shanti Gurung with the officers of the Government of India may be organized. We have not received any response from your side.

    It is once again requested that a personal meeting with Ms. Shanti Gurung may be organized for the officers of the Government of India at the earliest so that necessary report can be submitted to the Honourable High Court in Delhi.

Yours sincerely,

(G. Balasubramanian) 7th Sep 2012

Copy to:-

Honourable Distict Judge Victor Marrero
Court Room 20-B, United States Courthouse
500 Pearl Street,
New York - 10007

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by the Government of India.

SO ORDERED.

9-10-12
DATE          VICTOR MARRERO, U.S.D.J.